**Order entered April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00446-CV

**ORYON TECHNOLOGIES, INC. AND ORYON TECHNOLOGIES, LLC, Appellant**

**V.**

**M. RICHARD MARCUS, Appellee**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-01252**

## ORDER

The Court **VACATES** its order dated April 11, 2014 on the emergency motion of Oryon Technologies, Inc. and Oryon Technologies, LLC ("Oryon") for a stay of the trial court's April 10, 2014 "Order on Motion for Temporary and Permanent Sealing of Court Records. This is now the order of the Court. The Court **GRANTS** Oryon's motion and **ORDERS** the trial court's April 10, 2014 "Order on Motion for Temporary and Permanent Sealing of Court Records" **STAYED** pending this Court's resolution of Oryon's appeal in the ordinary course.

/s/    DAVID EVANS
        JUSTICE